**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**VALDOSTA DIVISION**

| | | |
|---|---|---|
| ROSCOE PROSSER, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | CASE NO.: 7:25-CV-00020 (WLS) |
| | : | |
| STAM EXPRESS and JOHN DOE, | : | |
| | : | |
| Defendants. | : | |
| | : | |

## ORDER

Before the Court is a Notice of Settlement (Doc. 25), filed on March 23, 2026. Therein, the Parties notify the Court that a settlement has been reached between Plaintiff and Defendants.

For good cause, the Parties' Notice (Doc. 25) is acknowledged and noted. To ensure the timely and orderly disposition of this case, the Parties are **ORDERED** to file a stipulation or other documentation of dismissal of all claims **within seven (7) days** of the entry of this Order, or **by no later than Tuesday, March 31, 2026**, or, by the same deadline, file with the Court a motion for additional time containing a written statement as to why additional time is needed. Additionally, in light of the Parties' settlement and the anticipated dismissal of this action, the trial in this case as well as the Pretrial Conference scheduled for April 1, 2026, are **CANCELLED**.

**SO ORDERED**, this 24th day of March 2026.

/s/ W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**

1