IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

ROSCOE PROSSER,

    Plaintiff,

v.

STAM EXPRESS and PAUL
LASKARIS,

    Defendants.

CIVIL ACTION FILE NO.
7:25-cv-00020-WLS

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Roscoe Prosser and Defendants Paul Laskaris and Stam Express, the parties in the above-styled action, through their undersigned attorneys, hereby file this Stipulation of Dismissal with Prejudice of this case. Pursuant to FED. R. CIV. P. 41(a)(1)(A)(ii), the parties stipulate to the dismissal of all claims in this action with prejudice. Each party is responsible for her/its own attorney's fees and costs of litigation.

Respectfully submitted this 31st day of March, 2026.

For Plaintiff:

/s/ Edward J. Hardrick
Edward J. Hardrick
Georgia Bar No. 606792
MORGAN & MORGAN ATLANTA,
PLLC
11605 Haynes Bridge Rd., Suite 490
Alpharetta, GA 30009

For Defendants:

/s/ Mark Toth
Mark Toth (with express permission)
Georgia Bar No. 714727
HALL, BLOCH, GARLAND & MEYER,
LLP
P.O. Box 5088
Macon, GA 31208

32916120

770.576.7634
ehardrick@forthepeople.com
*Counsel for Plaintiff*

478.745.1625
marktoth@hbgm.com
*Counsel for Defendants*

SO ORDERED this 1st day
of April 2026

W. Louis Sands, Sr. Judge
United States District Court

32916120